IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:03CV223

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **O R D E R** |
| | ) | |
| HERMAN E. GREER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant Herman Greer's motion for the Court to reconsider its Judgment of March 17, 2005.

On review of the Defendant's motion, the Court finds no new arguments or grounds to review the Judgment have been made by the Defendant.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for reconsideration is **DENIED.**

**Signed: September 12, 2005**

Lacy H. Thornburg
United States District Judge